STATE OF NEW JERSEY v. RODNEY BOYD.

December 19, 1978. Petition for certification denied.

ANTHONY SKALA v. H. G. ENDERLEIN CO., INC.

December 19, 1978. Petition for certification denied.

LUCILLE E. STURMAN v. WILLIAM A. STURMAN.

December 19, 1978. Petition for certification denied.

NIKOLA PETROVIC v. CHRYSLER CORPORATION.

December 19, 1978. Petition for certification denied.

GEORGE A. BREX v. ANSPACH OPTICIANS.

December 19, 1978. Petition for certification denied.

STATE IN THE INTEREST OF A. K.

December 19, 1978. Petition for certification denied.